1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

11
12
13
14
15
16

MICHELLE F. G., [1]

               Plaintiff,

    v.

ANDREW SAUL, Commissioner of Social Security,

               Defendant.

Case No. EDCV 19-02156-RAO

**JUDGMENT**

17
18
19
20
21
22
23
24
25
26

     In accordance with the Memorandum Opinion and Order filed concurrently herewith,

     IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED.

DATED:    July 22, 2020

*Rozella A. Oliver*

_____

ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE

27
28

[1] Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.